IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**JIM PAUL STEEKEN, SR.,**

**Defendant.**                                                    No. 08-30170-DRH

### ORDER

**HERNDON, Chief Judge**:

This matter was referred to United States Magistrate Judge Donald J. Wilkerson for the specific purpose of conducting a change of plea for Defendant Steeken, pursuant to **28 U.S.C. § 636, LOCAL RULE 72.1(b)(2)** and Defendant Steeken's consent (Doc. 177). Pursuant to **FEDERAL RULE OF CRIMINAL PROCEDURE 11**, the change of plea hearing was held on April 10, 200 (Doc. 175). During the change of plea, Defendant Steeken plead guilty to Count 1 of the Indictment following a thorough colloquy with Judge Wilkerson. Thereafter, Judge Wilkerson issued a Report and Recommendation ("the Report") recommending that the Court accept Defendant Steeken's plea of guilty (Doc. 178). In accordance with **28 U.S.C. § 636(b)(1)(B)**, the parties were allowed ten (10) days from the issuance of the Report to file written objections. As of this date, neither party has filed objections. Therefore, the Court **ADOPTS** the Report in its entirety.

Thus, it is the finding of the Court in the case of *United States v. Jim Paul Steeken*, that Defendant Steeken was fully competent and capable of entering an informed plea, that he was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense. Accordingly, the Court **ACCEPTS** Defendant Steeken's guilty plea and **ADJUDGES** him **GUILTY** on Count 1 of the Indictment. The Court **REMINDS** the parties that the sentencing is set for July 17, 2009 at 9:30 a.m.

**IT IS SO ORDERED.**

Signed this 30th day of April, 2009.

/s/     *David R Herndon*
**Chief Judge**
**United States District Court**