IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**JIM PAUL STEENKEN,**

**Defendant.**                                                                  No. 08-30170-DRH

**ORDER**

**HERNDON, Chief Judge**:

Pending before the Court is the Defendant's motion to modify conditions of pretrial release (Doc. 284). Specifically, Defendant requests that his conditions of bond be modified to allow him to travel outside the state of Arizona for work as a driver for Werner Trucking Company. The Government does not oppose the motion. Thus, the Court **GRANTS** the motion. The Court **MODIFIES** the conditions of bond to allow Defendant to travel outside the state of Arizona for work purposes.

**IT IS SO ORDERED.**

Signed this 26th day of October, 2009.

/s/     David R Herndon
**Chief Judge**
**United States District Court**